# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF INDIANA

**FILED**
10/06/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Mario T. Bardlette, )
    Plaintiff, )
)
)
vs. )    CASE NO. 2:20-cv-00028-JPH-DLP
)
)
Keith McDonald, et al. )
    Defendants. )

## PLAINTIFFS' MOTION FOR SUBSTITUTION

Pursuant to Fed. R. Civ. P. 25 (a), plaintiff moves for an order substituting defendant Thurman Harrington, who has died, and replacing his name with that of his estate and/or successors. In support of this motion plaintiff states:

1. Defendant Harrington has died and Plaintiff can no longer sue said Defendant.

2. Plaintiff's knows that Defendant Harrington will be dismissed as a defendant if this motion is not filed.

**WHEREFORE**, plaintiff Mario T. Bardlette requests that the Court grant this Motion for Substitution.

Respectfully submitted, this 6th day of October, 2020.

                                      Mario T. Bardlette

                                      Plaintiff, pro-se